AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

JULIA KANG, an individual )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:26-cv-159
QUICK DIGIT SOLUTIONS LLC, a Delaware limited )
liability company )
)
DAVID ARTHUR AARON, an individual )
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* QUICK DIGIT SOLUTIONS LLC
16192 COASTAL HWY, LEWES, DE 19958
1 Sansome St, San Francisco, CA 94104

DAVID ARTHUR AARON
Meta, 1 Meta Way, Menlo Park, CA 94025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darius Mosely
1109 S. Walnut
O'Fallon, IL 62269

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*